IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEISI MENDEZ,

      Plaintiff,

CASE NO.: 5:23-cv-00739-JSM-PRL

v.

JOEY LEE RATLIFF,

      Defendant.
_____/

**AMENDED NOTICE OF APPEARANCE**
**AND DESIGNATION OF E-MAIL ADDRESSES**

COME NOW WILLIAM LINERO, JR., ESQ., CAROLINE A. ADAMS, ESQ., and BRAD KANDZER, ESQ., with the law firm of Butler Weihmuller Katz Craig LLP and hereby file their Amended Notice of Appearance to represent the Defendant, JOEY LEE RATLIFF. It is respectfully requested that all future pleadings and discovery be served upon the undersigned in connection with this action.

NOTICE IS ALSO HEREBY GIVEN that the Defendant, JOEY LEE RATLIFF, by and through his undersigned counsel, and pursuant to the Supreme Court of Florida No. SC10-2101, Fla. Judicial Admin. R. 2.516(b)(1)(A), hereby designates the following primary and secondary e-mail addresses:

    Primary:    wlinero@butler.legal
                      cadams@butler.legal
                      bkandzer@butler.legal

    Secondary:    tbailey@butler.legal
                      elicata@butler.legal

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on February 27, 2024, on all counsel of record on the Service List Below.

>Kevin Everett Russell, Jr., Esq.
>Newlin Law
>7335 West Sand Lake Road, Suite 300
>Orlando, FL  32819-5539
>Kevin.Russell@newlinlaw.com
>*Attorneys For:  Plaintiff*

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Caroline D. Adams*

WILLIAM LINERO, JR., ESQ.
Florida Bar No.:  144525
wlinero@butler.legal
CAROLINE A. ADAMS, ESQ.
Florida Bar No.:  995592
cadams@butler.legal
BRAD KANDZER, ESQ.
Florida Bar No.:  13591
bkandzer@butler.legal
Secondary:   tbailey@butler.legal
                        elicata@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant*